UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CRYSTAL TOUSSAINT,

Plaintiff,

- against -

GREENPOINT MORTGAGE FUNDING, INC.,
and MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, INC.,

Defendants.

-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ NOV 16 2011
BROOKLYN

**ORDER**
**11-CV-2434 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court has received plaintiff's request for an adjournment of the November 9, 2011 initial conference due to illness. The request was faxed to defendants' counsel on the eve of the scheduled conference. Docket entry # 16. The Court grants the adjournment request. However, further adjournment requests received in this belated manner shall not be honored. The Court shall hold the initial conference on December 12, 2011 at 2:30 p.m. in Courtroom 11A. Any party seeking an adjournment must contact the opposing side prior to requesting any adjournment and submit in writing, on notice, any adjournment request to the Court at least 48 hours before the scheduled conference. If plaintiff fails to appear at the conference, the Court has the authority to issue sanctions, including dismissal of this action. Fed. R. Civ. P. 37(b).[1]

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: November 14, 2011
Brooklyn, New York

---



[1] The Court notes that defendants' counsel has stated that plaintiff's proper zip code is 11236. However, plaintiff's adjournment requests lists a 11234 zip code. Plaintiff shall write to the Court with her correct address by November 21, 2011.